# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-00-00406-CR**
**NO. 03-00-00407-CR**

**Lance Punahou Chancellor, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT**
**NOS. 50,390 & 50,391, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

After accepting appellant Lance Punahou Chancellor's guilty pleas, the district court found him guilty of burglary of a habitation and attempted burglary of a habitation. *See* Tex. Penal Code Ann. §§ 15.01 (West 1994), 30.02 (West Supp. 2000). The court assessed punishment in the first cause at imprisonment for fifteen years, and at imprisonment for ten years in the second.

Appellant's court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d

137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's brief and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals.

The judgments of conviction are affirmed.

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Affirmed

Filed: November 16, 2000

Do Not Publish